USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/24/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

STEPHEN P. BROWN

Defendant.

14-CR-659 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

Defendant Stephen P. Brown ("Defendant") filed a motion for a sentence reduction/ compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) on October 18, 2022 (ECF Nos. 53 and 54). The Court sets the remainder of the briefing schedule as follows: the Government's opposition shall be filed on or before November 2, 2022; and Defendant's reply shall be filed on or before November 9, 2022. The parties are directed to provide two hard courtesy copies and one electronic copy to chambers as the respective papers are filed.

Dated: October 24, 2022
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge