UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    4/10/2026
```

UNITED STATES OF AMERICA,

    -against-

STEPHEN P. BROWN,

                    Defendant.

14-CR-659 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

Defendant Stephen P. Brown ("Defendant") filed a motion for a sentence reduction/ compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) on April 6, 2026 (ECF Nos. 64 and 65). The Court sets the remainder of the briefing schedule as follows: the Government's opposition shall be filed on or before April 30, 2026; and Defendant's reply shall be filed on or before May 14, 2026. The parties are directed to provide two hard courtesy copies and one electronic copy to chambers as the respective papers are filed.

Dated:    April 10, 2026
          White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge